No. 10–9550. OROZCO *v.* KRAMER, EXECUTIVE DIRECTOR, COALINGA STATE HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 10–9569. HILL *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 10–9589. GREENE *v.* SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–9613. JONES *v.* HARRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9634. OVERBY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 10–9643. CLEVELAND *v.* WHITEHEAD, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–9668. ALJABARI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9673. JOSEPH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9677. COHRAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9678. DICKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9679. LOMA-TORRES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9684. HECKATHORNE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9688. NORWOOD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9689. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9691. DARANDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9694. JOHNSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.